**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **GIORGI VAKHTANGADZE,** | **CIVIL ACTION** |
| **Petitioner,** | |
| **v.** | **NO. 26-cv-6630** |
| **J.L. JAMISON, et al.,** | |
| **Respondents.** | |

# ORDER

**AND NOW**, this 2nd day of October 2026, upon consideration of Petitioner Giorgi Vakhtangadze's Petition for Writ of Habeas Corpus (ECF No. 1), the Government's Response thereto (ECF No. 3), Petitioner's Reply In Support of Habeas (ECF No. 8), the Government's Exhibits (ECF No. 11), Petitioner's Affidavit (ECF No. 14), and the arguments of counsel at a hearing held before this Court on September 25, 2026, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. The Petition is **DENIED**, subject to the Government's undertaking that Petitioner shall receive the bond hearing contemplated by 8 U.S.C. § 1226(a) and its implementing regulations;

2. Petitioner may be transferred outside the Eastern District of Pennsylvania to appropriate facilities capable of executing a bond hearing under 8 U.S.C. § 1226(a) and any ensuing administrative proceedings; however, pursuant to the agreement and representation of the United States on the record during the hearing on September 25, 2026, Petitioner shall remain within the Commonwealth of Pennsylvania for the pendency of his removal proceedings; and

3. The Clerk of Court shall mark this matter **CLOSED**.

/s/ Antonio M. Pozos
**ANTONIO M. POZOS, J.**